# UNITED STATES DISTRICT COURT
## for the
### District of South Carolina

| | |
|---|---|
| Marie Assa'ad-Faltas, MD, MPH | ) |
| *Petitioner* | ) |
| v. | ) Civil Action No.   1:12-cv-02228-TLW-SVH |
| The State of South Carolina; The City of | ) |
| Columbia, South Carolina, | ) |
| *Respondent* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one):*

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____

dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of

____ %, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____

_____ recover costs from the plaintiff *(name)* _____.

■  other: the petitioner, Marie Assa'ad-Faltas, shall take nothing of the respondents, The State of South

Carolina and The City of Columbia, South Carolina, as to the petition filed pursuant to 28 U.S.C. §2254 and

this action is dismissed without prejudice.


This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Terry L. Wooten, United States District Judge, presiding, adopting the Report and
Recommendation set forth by the Honorable Shiva V. Hodges , United States Magistrate Judge, which
dismissed the petition without prejudice.


Date:  September 12, 2012                    *LARRY W. PROPES, CLERK OF COURT*

                                             s/A. Buckingham
                                _____
                                        *Signature of Clerk or Deputy Clerk*